950

No. 72–233.  LEBMAN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–237.  RUSCH v. ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 72–241.  BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN, NOW UNITED TRANSPORTATION UNION v. INDIANA HARBOR BELT RAILROAD Co.  C. A. 7th Cir.  Certiorari denied.

No. 72–244.  OCCIDENTAL PETROLEUM CORP. ET AL. v. BUTTES GAS & OIL Co. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 72–248.  ALGA, INC., DBA MONTGOMERY BOOK MART, ET AL. v. CROSLAND ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 72–249.  CITY OF AKRON v. VILLAGE OF MIDDLE-FIELD ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 72–367.  ESSLING ET AL. v. BRUBACHER, COMMISSIONER OF ADMINISTRATION OF MINNESOTA.  C. A. 8th Cir.  Certiorari denied.

No. 72–5069.  KIER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–5116.  REYNOLDS v. WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 72–5135.  WILCYNSKI v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 72–5136.  WEBSTER v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 72–5143.  SINCLAIR v. LOUISIANA.  C. A. 5th Cir.  Certiorari denied.